01-15-00622-CV



111 E. Locust, Suite. 500
Angleton, TX 77515

979-864-1316
979-388-1316
281-756-1316

**www.brazoria-county.com**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/21/2015 1:16:53 PM
CHRISTOPHER A. PRINE
Clerk

# RHONDA BARCHAK
## DISTRICT CLERK
### BRAZORIA COUNTY

## NOTICE OF ASSIGNMENT ON APPEAL

7/21/2015

TO:   FIRST COURT OF APPEALS

RE:   Cause No. **75560-CV, in the 239th District Court**

Style;   **JESUS BANDA, ET AL VS. GEORGE H. RAU, ET AL**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CASE INFORMATION:

DATE OF APPEALABLE ORDER/JUDGMENT:       6/23/15
NOTICE OF APPEAL:          7/21/15
MOTION FOR NEW TRIAL:          NO
ORDER OVERRULING MOT N/T     N/A
REQUEST FOR FINDING OF FACTS AND CONCLUSIONS OF LAW FILED:  NO
REQUEST FOR CLERK'S RECORD:  NO
REQUEST FOR REPORTERS RECORD FILED:    NO
METHOD OF DELIVERY:          TAMES PORTAL
JUDGE PRESIDING:          PAT SEBESTA
COURT REPORTER:          IDA SALINAS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

APPELLANT:          JESUS BANDA, ET AL

ATTORNEY(S) FOR APPELLANT:  RAMOND W. HOWARD
TEL.:    281-437-5900
FAX :    281-416-9517
EMAIL ADDRESS:   barlife@aol.com
TEXAS BAR NO.:    10076800

Filed for Record
7/21/2015 9:25:49 AM
Rhonda Barchak, District Clerk
Brazoria County, Texas
75560-CV
Norma Castro, Deputy

## NO.: 75560-CV

| | | |
|---|---|---|
| JESUS BANDA, | § | IN THE DISTRICT COURT OF |
| JUAN BANDA, | § | |
| CHON BANDA, AND | § | |
| RUBEN BANDA | § | |
| | § | |
| | § | |
| v. | § | BRAZORIA COUNTY, TEXAS |
| | § | |
| | § | |
| GEORGE H. RAU, JR. | § | |
| STEVENS & RAU, P.C. | § | |
| RANDY L. STROUD, P.E., | § | |
| SANTIAGO AGUILERA, | § | |
| BLAS VALLEJO, | § | |
| SALVADORE RAZO, AND | § | |
| MIGUEL ANGEL GARCIA | § | 239TH JUDICIAL DISTRICT |

## NOTICE OF APPEAL

Jesus Banda, Juan Banda, Chon Banda, and Ruben Banda, Plaintiffs in the above-styled and numbered cause of action, file this Notice of Appeal seeking to alter the trial court's judgment or other appealable order.

The trial court, trial court case number and style of this matter are shown in the above caption.

The judgment or order appealed from was signed on June 23, 2015.

Plaintiffs desire to appeal the judgment in its entirety.

Respectfully submitted,

Ramond W. Howard
Texas Bar No. 10076800
1303 Turtle Creek Drive
Missouri City, TX 77489
Tel. (281) 437-5900
Fax. (281) 416-9517
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that on 20th day of July, 2015, a true and correct copy of this Notice of Appeal was served on John S. Powell at 281-485-4858.

_____
Ramond W. Howard